**FILED**
January 30, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                      Plaintiff,           )<br>v.                                                    )<br>                                                          )<br>RANI RACHANA SINGH-LAL,        )<br>                                                          )<br>                      Defendant.        ) | CASE NUMBER: 2:12-cr-00027-GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Rani Rachana Sing-Lal</u>; Case <u>2:12-cr-00027-GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __    Release on Personal Recognizance

      __    Bail Posted in the Sum of _____

      <u>X</u>    Unsecured Appearance Bond in the amount of <u>$50,000</u>, co-signed by Curtis Osby.

      __    Appearance Bond with 10% Deposit

      __    Appearance Bond secured by Real Property

      __    Corporate Surety Bail Bond

      <u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>1/30/2012</u> at <u>2:15 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge