CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E mail: c.fry@att.net

Attorney for RANI SINGH-LAL,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RANI RACHANA SINGH-LAL, <br><br> Defendant. | No.  12-CR-0027-GEB <br><br> **STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the special conditions of pretrial release imposed on defendant Rani Rachana Singh-Lal on January 30, 2012,  by The Honorable Kendall J. Newman, United States Magistrate Judge, shall be modified by terminating the requirement of the electronic monitoring program and, specifically, by deleting special conditions Nos. 14, 15 and 16 pertaining to home confinement with electronic monitoring.  This modification is requested by the Pretrial Services in light of the defendant's full compliance with all conditions of release and her full-time employment.

Dated:  May 14, 2012                                    */s/ Candace A. Fry*
                                                                            CANDACE A. FRY, Attorney for
                                                                            RANI SINGH-LAL, Defendant

-1-

| | | |
|---|---|---|
| Dated: May 14, 2012 | | BENJAMIN WAGNER<br>United States Attorney |
| | By | */s/ Candace A. Fry for*<br>PHILP A. FERRARI, Assistant<br>United States Attorney |
| | | (Signed for Mr. Ferrari with<br>his prior agreement) |

**O R D E R**

IT IS SO ORDERED.

Dated: <u>May 21, 2012</u>

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE

-2-