CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E Mail: c.fry@att.net

Attorney for RANI RACHANA SINGH-LAL,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RANI RACHANA SINGH-LAL,<br><br>　　　　　Defendant. | No. CR.S-12-027-GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

　　　It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for September 21, 2012, shall be continued to October 5, 2012, at 9:00 a.m.

　　　Status of this case is as follows: a small amount of updated document discovery was provided by the Government this week; defense counsel requires additional time to review same with the defendant; and, the defendant contemplates a change of plea without a plea agreement at next status conference pursuant to the Notice of Intent to Plead Guilty to Count One previously filed herein. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through October 5, 2012, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

///

| Dated: September 18, 2012 | /s/ Candace A. Fry |
|---|---|
| | CANDACE A. FRY, Attorney for |
| | RANI RACHANA SINGH-LAL, Defendant |

Dated: September 18, 2012       BENJAMIN B. WAGNER
                                United States Attorney

                         By   /s/ Candace A. Fry for
                                PHILIP A. FERRARI
                                Assistant United States Attorney

                                (Signed for Mr. Ferrari with his
                                authorization)

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is hereby ordered that the September 21, 2012, status conference hearing be continued to October 5, 2012, at 9:00 a.m.  Based on the representation of defense counsel, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that time up to and including the October 5, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  September 18, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge