CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E Mail:  c.fry@att.net

Attorney for RANI RACHANA SINGH-LAL,
Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RANI RACHANA SINGH-LAL,<br><br>          Defendant. | No.  2:12-CR-00027-GEB<br><br>**REQUEST TO EXTEND SURRENDER DATE, RENEWED REQUEST FOR RECOMMENDATION OF PARTICIPATION IN BUREAU OF PRISONS SUBSTANCE ABUSE PROGRAM and ORDER** |
|---|---|

**1.   Request to Extend Surrender Date:**

At judgment and sentencing hearing on August 2, 2013, the defense advised the Court that surgery on one of defendant Rani Singh-Lal's hands (to alleviate carpal tunnel syndrome) was scheduled for September 5, 2012, with an expected four-week recovery period.  Accordingly, the Court ordered a surrender date of November 1, 2013.  The defense told the Court that surgery on the other hand would follow and asked if that information could be brought to the Court to adjust the surrender date to allow the defendant to have both necessary surgeries

1

1   before being incarcerated.  The Court agreed

2       On September 26, 2013 (later than initially scheduled), the defendant underwent endoscopic surgery on her right hand.  She is advised by her physicians, as follows: (1) a 4 to 6 week recovery period is predicted; (3) at time of the first post operative appointment on October 8, 2013, the second surgery (left hand) will be scheduled; the approximate date of the second surgery will be on or about November 15, 2013; and the second surgery will too require a 4 to 6 week recovery period.  (See Exhibit 1 hereto consisting of an Rx signed by James T. Lin, M.D., surgeon, and Work Status Report signed by Stephanie Hawkins, M.D., primary care.)

    This treatment is for work-related injuries and is covered by an employer's worker's compensation insurance.  Defendant Singh-Lal understands that failure to timely follow the treatment plan will result in loss of coverage.

    Accordingly, defendant Singh-Lal requests that her surrender date be extended to January 10, 2014, before 2:00 p.m., to allow sufficient time for her to undergo the second necessary surgery and recover from same.

    Counsel for the Government, Philip A. Ferrari, does not object to this request.

    **2.   Renewed Request for Court Recommendation of Participation in Bureau of Prisons Substance Abuse Treatment Program:**

    During the judgment and sentencing hearing on August 2,

2

2013, the defense inadvertently failed to ask for the Court's recommendation that the defendant participate in the Bureau of Prisons 500-hour Substance Abuse Program.  Thereafter, on August 3, 2013, counsel for the defendant filed a formal Request (Document No. 115) asking that the recommendation be included within the Judgment, therein stating that, although not presently using alcohol or drugs, in light of substance abuse during the period of commission of the offense, the defendant requested the opportunity for the treatment program to continue her recovery and avoid the dangers of substance abuse in the future.  The Presentence Investigation Report is silent concerning the Substance Abuse Treatment Program.  However, Probation Officer Shannon Morehouse stated via e mail to the undersigned that she had reviewed the defense Request and that the program "may be beneficial to the defendant for her additional support while she is incarcerated."   The Court did not formally deny the request, but the recommendation was not included in the Judgment filed herein on August 7, 2013.  Accordingly, the defendant renews her request for the Court's recommendation of the program.

     Counsel for the Government does not object to this request.

Respectfully submitted,

Dated:  October 2, 2013             */s/ Candace A. Fry*
                                            CANDACE A. FRY, Attorney for
                                            RANI RACHANA SINGH-LAL,
                                            Defendant

# O R D E R

IT IS HEREBY ORDERED:

1. The surrender date of November 1, 2013, stated within the Judgment imposed in this matter on August 2, 2013, shall be extended as follows:

> The defendant, Rani Rachana Singh-Lal, shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on January 10, 2014. If no such institution has been designated, the defendant shall surrender to the United States Marshal for this District.

2. The Court recommends that the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.

3. A copy of this Order shall be appended to the Presentence Investigation Report that is provided to the Bureau of Prisons or otherwise forwarded to the Bureau of Prisons by the Probation Department.

4. A copy of this order shall be served on the United States Marshal for this District.

Dated: October 3, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

4