CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E mail:  c.fry@att.net

Attorney for RANI RACHANA SINGH-LAL
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RANI  RACHANA SINGH-LAL,<br><br>      Defendant. | No. 2:12-CR-00027-GEB<br><br>**REQUEST TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO ALLOW TRAVEL and (~~PROPOSED~~) ORDER** |

The defendant, Rani Rachana Singh-Lal, by and through her counsel, hereby requests that the special conditions of pretrial release imposed on January 30, 2012, shall be modified to allow her to travel on a cruise ship from Los Angeles, California, to the Mexican Riviera, and return, during the period from December 22, 2013, through December 29, 2013.

This journey is considered a "closed loop" by the cruise ship company and a passport is not required.  This journey will be in the company of, and at the cost of, the family of the defendant's fiancé.  The defendant's reporting date to commence service of a sentence of imprisonment is January 10, 2014.

Pretrial Services Officer Renee Basurto reports that the defendant is in full compliance with all conditions of release, but defers to this Court regarding this request

///

for international travel.   Counsel for the Government, Philip A. Ferrari, Assistant United States Attorney, does not oppose this request.

Dated:  November 12, 2013                    /s/   Candace A. Fry
                                             CANDACE A. FRY, Attorney for
                                             RANI RACHANA SINGH-LAL,
                                             Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:  November 13, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE