**Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **Docket No.:  0972 2:12CR00027-003** |
| **Rani Rachana Singh-Lal** ) | |
| ) | |
| ) | |

On August 2, 2013, the above-named was sentenced to Supervised Release for a period of 3 years.  Supervision commenced on April 14, 2015.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:   January 10, 2017
            Fresno, California
            TDM/rmv

               /s/ Brian J. Bedrosian
**REVIEWED BY:   BRIAN J. BEDROSIAN
                 Supervising United States Probation Officer**

1

**Re:    Rani Rachana Singh-Lal**
       Docket No:   0972 2:12CR00027-003
       Report and Order Terminating
       <u>Prior to Original Expiration Date</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Rani Rachana Singh-Lal be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  January 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

cc:    AUSA (NAME) - Philip A. Ferrari
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office
       Supervisee - Rani Rachana Singh-Lal